DARRELL D. DENNIS, ESQ.
Nevada Bar No. 006618
Email: Darrell.Dennis@lewisbrisbois.com
DANIELLE C. MILLER, ESQ.
Nevada Bar No. 009127
Email: Danielle.Miller@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile : 702.893.3789
*Attorneys for Defendant*
*Steadfast Insurance Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ZARINA CROWE,<br><br>        Plaintiff,<br><br>    vs.<br><br>STEADFAST INSURANCE COMPANY,<br>an Illinois company; DOES I – X, and ROE<br>CORPORATIONS I - X, inclusive,<br><br>        Defendant. | CASE NO. 2:18-cv-1609-RFB-VCF<br><br>**STIPULATION AND ORDER TO<br>REMAND TO STATE COURT** |

Plaintiff ZARINA CROWE ("Plaintiff") and Defendant STEADFAST INSURANCE COMPANY ("Defendant")(collectively referred to as to "the Parties"), by and through their respective counsel of record, stipulate as follows:

1.      Plaintiff's Complaint was originally filed in the Eighth Judicial District Court for Clark County, State of Nevada, on August 8, 2018.

2.      Defendant removed this matter on August 27, 2018, on grounds of diversity of citizenship pursuant to 28 U.S.C. §1441 (b).

3.      The Complaint alleges a claim for breach of contract and asserts allegations of bad faith.

4.      Plaintiff was involved in a motor vehicle collision on January 7, 2017.

1  Plaintiff has previously recovered $15,000.00 from GEICO, representing the tortfeasor's
2  bodily injury liability limits.

3      5.      By way of this litigation, Plaintiff only seeks monetary damages in excess of
4  the $15,000.00 which Plaintiff has previously recovered from GEICO under their policy of
5  insurance which provided coverage to the tortfeasor.

6      6.      Pursuant to this Stipulation, Plaintiff agrees that her total claimed
7  recoverable damages for underinsured motorist coverage against Defendant in this action
8  does not, and will not, exceed the sum of Fifty Thousand and 00/100 Dollars
9  ($50,000.00), less the applicable offset recovered pursuant to the tortfeasor's bodily injury
10  liability limits, and exclusive of costs and interest.

11     7.      Pursuant to this Stipulation, the parties agree that Plaintiff's cause of action
12  against Defendant is contractual in nature and specifically with regard to the value of
13  Plaintiff's underinsured motorist claim.

14     8.      Pursuant to this Stipulation, Plaintiff and Defendant have agreed to submit
15  their dispute to arbitration in the Court Annexed Arbitration Program of the Eighth Judicial
16  District Court of the State of Nevada.

17     9.      Pursuant to this Stipulation, Plaintiff agrees that any claims for bad faith, as
18  well as Plaintiff's prayer for punitive damages, shall be dismissed, with prejudice.

19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4824-0402-0595.1

10.    By entering into this Stipulation, Defendant neither acknowledges nor concedes liability or damages with respect to any claims brought by Plaintiff in her Complaint, or as such Complaint may hereafter be amended, and expressly denies liability and damages.

DATED this <u>17th</u> day of September, 2018.

GLEN LERNER INJURY ATTORNEYS

*/s/ Justin G. Randall*

By: _____
JUSTIN G. RANDALL, ESQ.
Nevada Bar No. 012476
4795 South Durango Drive
Las Vegas, Nevada 89147
*Attorneys for Plaintiff*

DATED this <u>17th</u> day of September, 2018.

LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Danielle C. Miller*

By: _____
DARRELL D. DENNIS, ESQ.
Nevada Bar No. 006618
DANIELLE C. MILLER, ESQ.
Nevada Bar No. 009127
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant*
*Steadfast Insurance Company*

<u>ORDER</u>

IT IS SO ORDERED.

DATED this <u>19th</u> day of <u>September</u>, 2018.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Respectfully Submitted by:

LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Danielle C. Miller*

By _____
DARRELL D. DENNIS, ESQ.
Nevada Bar No. 006618
DANIELLE C. MILLER, ESQ.
Nevada Bar No. 009127
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant Steadfast*
*Insurance Company*

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW